1 | WILSON TURNER KOSMO LLP
ROBERT A. SHIELDS (206042)
ANDRES F. MICHEL (292626)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rshields@wilsonturnerkosmo.com
E-mail: amichel@wilsonturnerkosmo.com
E-mail: warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant
PORSCHE CARS NORTH AMERICA, INC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| ANGELA WOO, | Case No. 8:23-cv-02144-JWH-JDEx |
|---|---|
| Plaintiffs, | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| PORSCHE CARS NORTH AMERICA, INC., and DOES 1 through 10, inclusive, | District Judge: John W. Holcomb
Magistrate Judge: John D. Early |
| Defendants. | State Ct. Complaint Filed: October 12, 2023 |

-1-   Case No. 8:23-cv-02144-JWH-JDEx

JOINT MOTION FOR DISMISSAL WITH PREJUDICE

1  Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Angela Woo and
2  Defendant Porsche Cars North America, Inc. hereby file this Joint Motion to request a
3  Court Order to dismiss all of Plaintiff's claims against Defendant Porsche Cars North
4  America, Inc. and DOES 1-10 with Prejudice, in consideration of a negotiated
5  settlement agreement entered into by the parties.

Dated:    August 9. 2024          **WILSON TURNER KOSMO LLP**

                                  By:    /s/ *Andres F. Michel*
                                         ROBERT A. SHIELDS
                                         ANDRES F. MICHEL
                                         Attorneys for Defendant
                                         PORSCHE CARS NORTH AMERICA, INC.

Dated:  August 9. 2024            **CLINE APC**

                                  By:    /s/ *Mark A. Johnson*
                                         Mark A. Johnson
                                         Attorneys for Plaintiff
                                         ANGELA WOO

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

*/s/ Andres F. Michel*

Andres F. Michel
Attorney for Defendant
E-mail: amichel@wilsonturnerkosmo.com