JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA WOO,<br><br>    Plaintiffs,<br><br>    v.<br><br>PORSCHE CARS NORTH AMERICA, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:23-cv-02144-JWH-JDEx<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>District Judge: John W. Holcomb<br>Magistrate Judge: John D. Early<br><br>State Ct. Complaint Filed: October 12, 2023 |

The Court, having reviewed Plaintiff Angela Woo and Defendant Porsche Cars North America, Inc.'s Joint Motion for Dismissal of All Claims With Prejudice, and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby **ORDERS** that Plaintiff's Complaint is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: August 9, 2024



United States District Judge

-2-   Case No. 8:23-cv-02144-JWH-JDEx

ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE